UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>C. KOENIG,<br><br>    Defendant. | Case No. 23-cv-05858-JST<br><br>**ORDER OF DISMISSAL** |

On or about November 14, 2023, Plaintiff filed a complaint with the Court and an application to proceed *in forma pauperis*. ECF Nos. 1, 2. The Court opened an action pursuant to these filings and, that same day, sent Plaintiff a notice that the action was deficient because he had not filed his application for leave to proceed *in forma pauperis* on the correct form. ECF No. 3. The Court sent Plaintiff the correct *in forma pauperis* application form and ordered him to correct the deficiency by December 12, 2023. *Id*. The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application on the correct form. Accordingly, this action is DISMISSED for failure to either file a correct *in forma pauperis* application or pay the filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the correct *in forma pauperis* application or the filing fee. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: January 5, 2024

_____
JON S. TIGAR
United States District Judge